UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAVID A. BOWER,

               Plaintiff,

-v-

                                Civil Action No. 07-7791(JGK)

                                **NOTICE OF**

FEDERAL RESERVE BANK        **VOLUNTARY DISMISSAL**
OF NEW YORK,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Pursuant to Fed. R. Civ. P. 41, Plaintiff David A. Bower hereby dismisses without

prejudice any and all claims brought against Defendant Federal Reserve Bank of New

York in the above-captioned case.

_____

David A. Bower, Esq.
10600 W. Jefferson, Suite 204
River Rouge, MI 48218
(313) 842-1292
Plaintiff *Pro Se*

                            Dated: January 28, 2008

So ordered.

_____
1/31/08    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2008